**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CHRISTOPHER LEE WAINWRIGHT** | **CIVIL ACTION NO. 20-0961 SEC. P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **WILLIAM ROBERT WOODWARD** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Christopher Lee Wainwright's claims are **STAYED** under the following conditions:

   a. If Plaintiff intends to proceed with his claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

   b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

   c. Plaintiff should not file any more documents concerning these claims in this action until the state court proceedings conclude; and

   d. Defendant shall not be required to answer this particular claim during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

MONROE, LOUISIANA, this 27th day of October, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE