UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER LEE WAINWRIGHT** | **CIVIL ACTION NO. 20-0961 SEC. P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **WILLIAM ROBERT WOODWARD** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 28] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant William Robert Woodward's Motion to Dismiss [Doc. No. 22] is **GRANTED,** and Plaintiff Christopher Lee Wainwright's claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 4th day of April 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE